# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLESEED'S INTERMEDIATE | ) | Case No. 11-10160 (KG) |
| HOLDINGS LLC, *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE OF EMERGENCY HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JANUARY 20, 2010, 2011 AT 1:00 PM

**PLEASE TAKE NOTICE** that on January 19, 2011 Appleseed's Intermediate Holdings LLC d/b/a Orchard Brands and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***").

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (the "***First Day Motions***"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Appleseed's Intermediate Holdings LLC (6322); Appleseed's Acquisition, Inc. (5835); Appleseed's Holdings, Inc. (9117); Arizona Mail Order Company, Inc. (6359); Bedford Fair Apparel, Inc. (3551); Blair Credit Services Corporation (5966); Blair Factoring Company (4679); Blair Holdings, Inc. (0022); Blair International Holdings, Inc. (8962); Blair LLC (1670); Blair Payroll, LLC (1670); Draper's & Damon's Acquisition LLC (1760); Draper's & Damon's LLC (2759); Fairview Advertising, LLC (2877); Gold Violin LLC (0873); Haband Acquisition LLC (8765); Haband Company LLC (8496); Haband Oaks, LP (8036); Haband Online, LLC (1109); Haband Operations, LLC (2794); Johnny Appleseed's, Inc. (5560); Linen Source Acquisition LLC (2920); LM&B Catalog, Inc. (5729); Monterey Bay Clothing Company, Inc. (2076); Norm Thompson Outfitters, Inc. (8344); NTO Acquisition Corporation (0995); Orchard Brands Insurance Agency LLC (4858); and Wintersilks, LLC (0688). The Debtors' main corporate address is 138 Conant Street, Beverly, Massachusetts 01915.

(i)  Declaration of T. Neale Attenborough, Chief Executive Officer of Appleseed's Intermediate Holdings LLC, in Support of First Day Pleadings [Docket No3], filed January 19, 2011];

(ii)  Debtors' Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 4], filed January 19, 2011];

(iii)  Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Notice, Claims and Balloting Agent [Docket No. 5], filed January 19, 2011];

(iv)  Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Docket No. 6], filed January 19, 2011];

(v)  Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Continue to Operate their Cash Management System; (B) Maintain Existing Business Forms; (C) Grant Administrative Priority for Intercompany Claims and Perform Under Certain Intercompany Arrangements and Historical Practices and (D) Assume and Assign Certain Account Control Agreements Pursuant to Section 365 of the Bankruptcy Code [Docket No. 7], filed January 20, 2011];

(vi)  Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Other Compensation and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs [Docket No. 8], filed January 20, 2011];

(vii)  Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to Pay or Honor Prepetition Obligations of Certain Critical Vendors and Holders of Certain Administrative Claims Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 9, filed January 20, 2011];

(viii)  Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to Pay Prepetition Claims of Lien Claimants [Docket No. 10, filed January 20, 2011];

(ix)  Debtors' Motion for Entry of an Order Confirming Administrative Expense Status of Obligations Arising from Postpetition Delivery of Goods and Services [Docket No. 11, filed January 20, 2011];

(x) Debtors' Motion for Entry of an Order Authorizing, but Not Directing, the Debtors to Maintain and Administer Customer Programs and Honor Prepetition Obligations Related Thereto [Docket No. 12, filed January 20, 2011];

(xi) Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to Pay Certain Taxes and Fees [Docket No 13], filed January 20, 2011];

(xii) Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, the Debtors to (A) Continue Prepetition Insurance Coverage and (B) Maintain Financing of Insurance Premiums [Docket No. 14, filed January 20, 2011]; and

(xiii) Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 15, filed January 20, 2011].

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "*First Day Hearing*") with respect to the First Day Motions is scheduled for January 20, 2011 at 1:00 pm at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 6 Wilmington, Delaware 19801, before the Honorable Kevin Gross.

**PLEASE TAKE FURTHER NOTICE** that copies of all motions and pleadings referenced above are available at https://ecf.deb.uscourts.gov and at the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/appleseeds, or upon request from the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: January 20, 2011<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Margaret M. Manning (DE Bar No. 4183)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>- and -<br><br>Richard M. Cieri (*pro hac vice* admission pending)<br>Joshua A. Sussberg (*pro hac vice* admission pending)<br>Brian E. Schartz (*pro hac vice* admission pending)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022–4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Proposed Co-Counsel to the Debtors*<br>*and Debtors in Possession* |