**Exhibit B**

**Sale Order**

**(To be Submitted)**