UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Appleseed's Intermediate Holdings LLC, *et al.* | : | Case No. 11-10160 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS - **Third Amended*** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **RR Donnelley & Sons Company** Attn: Dan Pevonka, 3075 Highland Parkway, Downers Grove, IL 60515, Phone: 630-322-6931, Fax: 630-322-6052

2. **Gould Paper Corp.**, Attn: Michael Ritter, 11 Madison Avenue, New York, NY 10010, Phone: 212-301-8682, Fax: 212-547-3409

3. **News America Marketing**, Attn: Joseph M Borrow, 20 Westport Road, Wilton, CT 06897, Phone: 203-563-6304, Fax: 203-563-6736

4. **Valassis**, Attn: Hal Manoian, One Target Centre, Windsor, CT 06095, Phone: 860-285-6336, Fax: 860-285-6480

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Richard L. Schepacarter for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: March 10, 2011

Trial Attorney assigned: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Domenic E. Pacitti, Esquire, Phone: (302) 552-5511, Fax: (302) 426-9193

*- Eastman Footwear Group, Inc. resigned from the Committee effective February 14, 2011.
Protex International resigned from the Committee effective February 24, 2011.
Seasons Apparel Inc. resigned from the Committee effective March 10, 2011.