# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLESEED'S INTERMEDIATE | ) | Case No. 11-10160 (KG) |
| HOLDINGS LLC, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND SUPPLEMENT TO EXHIBIT A TO THE PLAN SUPPLEMENT TO THE JOINT PLAN OF REORGANIZATION OF APPLESEED'S INTERMEDIATE HOLDINGS LLC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Appleseed's Intermediate Holdings LLC ("*AIH*") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "*Debtors*"),[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Appleseed's Intermediate Holdings LLC (6322); Appleseed's Acquisition, Inc. (5835); Appleseed's Holdings, Inc. (9117); Arizona Mail Order Company, Inc. (6359); Bedford Fair Apparel, Inc. (3551); Blair Credit Services Corporation (5966); Blair Factoring Company (4679); Blair Holdings, Inc. (0022); Blair International Holdings, Inc. (8962); Blair LLC (1670); Blair Payroll, LLC (1670); Draper's & Damon's Acquisition LLC (1760); Draper's & Damon's LLC (2759); Fairview Advertising, LLC (2877); Gold Violin LLC (0873); Haband Acquisition LLC (8765); Haband Company LLC (8496); Haband Oaks, LP (8036); Haband Online, LLC (1109); Haband Operations, LLC (2794); Johnny Appleseed's, Inc. (5560); Linen Source Acquisition LLC (2920); LM&B Catalog, Inc. (5729); Monterey Bay Clothing Company, Inc. (2076); Norm Thompson Outfitters, Inc. (8344); NTO Acquisition Corporation (0995); Orchard Brands Insurance Agency LLC (4858); and Wintersilks, LLC (0688). The Debtors' main corporate address is 138 Conant Street, Beverly, Massachusetts 01915.

[2] All capitalized terms used but not otherwise defined herein and in each of the Exhibits hereto shall have the meanings set forth in the *Joint Plan of Reorganization of Appleseed's Intermediate Holdings LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, dated March 1, 2011 [Docket No. 356] (as modified from time to time, the "*Plan*"). The forms of the documents contained in the Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the Plan Supplement will be approved as well. Certain of the documents identified in the Plan Supplement are subject to ongoing negotiations by the relevant parties, and accordingly the Debtors reserve the right to alter, amend, update or modify any of the Plan Supplement documents at any time in accordance with the terms of the Plan. To the extent material amendments or modifications are made to any Plan Supplement documents, the Debtors will file a blackline with the Court before the Confirmation Hearing reflecting such modifications. Consistent with the terms of the Plan, "[t]he Debtors shall have the right to amend the documents contained in, and exhibits to, the Plan Supplement through the Effective Date in accordance with Article IX.B [of the Plan] and the terms set forth [in the Plan] relating to necessary consent." Plan, Article I.A.146.

hereby file the following document that comprises part of the Plan Supplement in connection with confirmation of the Debtors' proposed Plan:

- **Exhibit A**: List of Assumed Executory Contracts and Unexpired Lease [Second Supplement].

The Confirmation Hearing will commence at **2:30 p.m. prevailing Eastern Time on April 14, 2011**, before the Honorable Judge Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, Sixth Floor, Courtroom No. 3, Wilmington, Delaware 19801.

To obtain a copy of the Plan Supplement, please contact the Debtors' voting and claims agent, Kurtzman Carson Consultants LLC by: (a) calling the Debtors' restructuring hotline at 866-927-7081 (international 310-751-2653); (b) visiting the Debtors' restructuring website at: www.kccllc.net/appleseeds; (c) e-mailing the Debtors at AppleseedsInfo@kccllc.com and/or (d) writing to Appleseed's Intermediate Holdings LLC, c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, California 90245. You may also obtain copies of any pleadings filed in these Chapter 11 Cases, including the Plan Supplement, for a fee via PACER at: http://www.deb.uscourts.gov.

*[Remainder of page intentionally left blank.]*

| Dated: April 14, 2011<br>Wilmington, Delaware | /s/ Domenic E. Pacitti |
|---|---|
| | Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>Margaret M. Manning (DE Bar No. 4183)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>- and -<br><br>Richard M. Cieri (admitted *pro hac vice*)<br>Joshua A. Sussberg (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

## Plan Supplement Documents

| | |
|---|---|
| Exhibit A | List of Assumed Executory Contracts and Unexpired Leases [Filed 3/31/11, First Supplement Filed 4/13/11, Second Supplement Filed 4/14/11] |
| Exhibit B | List of Rejected Executory Contracts and Unexpired Leases [Filed 3/31/11, Supplement Filed 4/13/11] |
| Exhibit C | New By-Laws for Reorganized AIH [Filed 4/2/11] |
| Exhibit D | New Certificate of Incorporation for Reorganized AIH [Filed 4/2/11] |
| Exhibit E | New Stockholders Agreement [Filed 4/2/11] |
| Exhibit F | New Registration Rights Agreement [Filed 4/2/11] |
| Exhibit G | Qualified Vendor Support Agreement [Filed 4/2/11] |
| Exhibit H | New ABL Facility Credit Agreement [Filed 4/2/11] |
| Exhibit I | New First Lien Term Loan Credit Agreement [Filed 4/9/11] |
| Exhibit J | Form of New Employment Agreements [Filed 4/2/11] |
| Exhibit K | List of Retained Non-Litigation Trust Causes of Action [Filed 4/2/11] |
| Exhibit N | New Intercreditor Agreement [Filed 4/9/11] |
| Exhibit O | New Senior Term Loan Credit Agreement [Filed 4/9/11] |
| Exhibit P | New Junior Term Loan Credit Agreement [Filed 4/9/11] |
| Exhibit R | Litigation Trust Agreement [Filed 4/2/11] |
| Exhibit S | Identity of the Litigation Trustee [Filed 4/2/11] |
| Exhibit T | Litigation Trust Causes of Action [Filed 4/2/11] |
| Exhibit U | Initial Members of the Oversight Committee [Filed 4/2/11] |
| Exhibit V | Members of the New AIH Board [Filed 4/9/11] |

# Exhibit A

**List of Assumed Executory Contracts and Unexpired Leases [Second Supplement]**

The following entries for Executory Contracts and/or Unexpired Leases to be **assumed** pursuant to the Plan **will be changed** as follows (changes emphasized in **bold**):

| COUNTER PARTY NAME | CONTRACT DESCRIPTION | AMOUNT REQUIRED TO CURE DEFAULT THEREUNDER, IF ANY |
|---|---|---|
| ALPHA FLYING, INC<br>136 HARVEY ROAD<br>B-107<br>LONDONDERRY, NH 03801 | AIRCRAFT MANAGEMENT AGREEMENT INCLUDING AMENDMENT*<br>DATED: APRIL, 2011<br>CONTRACT START DATE: 02/20/2008<br><br>AIRCRAFT MANAGEMENT AGREEMENT<br>CONTRACT START DATE: 12/30/2009<br><br>*The applicable Debtors will assume these contracts, as amended by the Amendment dated April 2011 to the extent the Amendment dated April 2011 is finalized and executed before the Effective Date. | - |
| ART TECHNOLOGY GROUP, INC. (ORACLE)<br>ATTN CHIEF FINANCIAL OFFICER<br>ONE MAIN STREET<br>CAMBRIDGE, MA 2142<br>UNITED STATES | SERVICE CONTRACT<br>ATG OPTIMIZATION AGREEMENT<br>CONTRACT START DATE: 08/16/2010 | $ 29,775.00 |
| NORTH AMERICAN COMMUNICATIONS RESOURCE, INC. (NACR)<br>3344 HWY 149<br>EAGAN, MN 55121<br>UNITED STATES | SALES AGREEMENT NUMBER 6943 DATED AS OF SEPTEMBER 15, 2008<br><br>SALES AGREEMENT NUMBER 7608 DATED AS OF MARCH 23, 2010<br><br>SALES AGREEMENT NUMBER 7609 DATED AS OF MARCH 23, 2010<br><br>SALES AGREEMENT NUMBER 7814 DATED AS OF SEPTEMBER 21, 2010<br><br>SALES AGREEMENT NUMBER 7815 DATED AS OF SEPTEMBER 21, 2010<br><br>*The agreements listed above will be assumed by Blair LLC in accordance with the Plan, subject to a separate assignment agreement entered into by NACR, Blair LLC and Orchard Brands Corporation. | $ 82,000 |

The following entries for Executory Contracts and/or Unexpired Leases to be **assumed** pursuant to the Plan **will be changed** as follows (changes emphasized in **bold**):

| COUNTER PARTY NAME | CONTRACT DESCRIPTION | AMOUNT REQUIRED TO CURE DEFAULT THEREUNDER, IF ANY |
|---|---|---|
| ORACLE USA, INC.<br>PO BOX 71028<br>CHICAGO, IL 60694-1028<br>UNITED STATES | IT CONTRACT<br>LICENSE AND SERVICES AGREEMENT<br>CONTRACT START DATE: 10/26/2007<br><br>SERVICE CONTRACT ORACLE DATABASE STANDARD EDITION - 10 USER CSI NUMBER 15476073 - CONTRACT 2306583<br><br>SOFTWARE LICENSE AND SERVICES AGREEMENT FOR FORECAST 21 AND ALL AMENDMENTS THERETO | $ 1,171.94 |
| RESILIENT FLOOR COVERING PENSION FUND<br>C/O CORD COMMERCIAL, INC.<br>PO BOX 1865<br>LOOMIS, CA 95650<br>UNITED STATES<br><br>RF ROSSMOOR, INC.<br>C/O TERRY EVERLEY<br>ASSOCIATE VICE PRESIDENT<br>MANAGEMENT SERVICES – NORTHERN CALIFORNIA<br>CASSIDY TURLEY<br>201 CALIFORNIA STREET, SUITE 800<br>SAN FRANCISCO, CA 94111 | LEASE: BUILDING AND LAND<br>PROPERTY LEASE FOR WALNUT CREEK, CA, STORE LOCATION AND RELATED AMENDMENTS<br>CONTRACT START DATE: 03/01/2006 | $ 18,878.90 |
| ROSSMOOR BUSINESS CENTER<br>12121 SEAL BEACH BLVD<br>SEAL BEACH, CA 90740<br>UNITED STATES | LEASE: BUILDING AND LAND<br>PROPERTY LEASE FOR STORE #14, SEAL BEACH, CA AND RELATED AMENDMENTS<br>CONTRACT START DATE: 08/20/1986 | $ 11,853.49 |
| QWEST<br>1801 CALIFORNIA ST<br>DENVER, CO 80202<br>UNITED STATES | TELECOMMUNICATIONS SERVICE AGREEMENT BETWEEN APPLESEED'S INTERMEDIATE HOLDINGS LLC AND QWEST<br><br>* These agreements will be assumed by the Debtors in accordance with the Plan, subject to a separate assignment agreement entered into by Qwest, Orchard Brands Corporation and Appleseed's Intermediate Holdings LLC. | $ 251,379.00 |

The following entries for Executory Contracts and/or Unexpired Leases to be <u>**assumed**</u> pursuant to the Plan **will be changed** as follows (changes emphasized in **bold**):

| COUNTER PARTY NAME | CONTRACT DESCRIPTION | AMOUNT REQUIRED TO CURE DEFAULT THEREUNDER, IF ANY |
|---|---|---|
| THE IRVINE COMPANY<br>ATTN SENIOR VP, OPERATIONS, IRVINE OFFICE PROPERTIES<br>550 NEWPORT CENTER DRIVE<br>NEWPORT BEACH, CA 92660<br>UNITED STATES | LEASE: BUILDING AND LAND<br>PROPERTY LEASE FOR OFFICE LOCATION AND RELATED AMENDMENTS, INCLUDING **THE FOURTH AMENDMENT**, 9 PASTEUR, SUITE 200, IRVINE, CA<br>CONTRACT START DATE: 07/13/1998<br><br>**"To the extent that the Fourth Amendment is finalized and executed before the Effective Date, the applicable Debtors assume this lease as amended by the Fourth Amendment.**<br><br>PROPERTY LEASE FOR STORE #2, NEWPORT BEACH, CA AND RELATED AMENDMENTS INCLUDING **THE FIFTH AMENDMENT**<br>CONTRACT START DATE: 02/15/1985<br><br>**"To the extent that the Fifth Amendment is finalized and executed before the Effective Date, the applicable Debtors assume this lease as amended by the Fifth Amendment.** | - |