# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 11-10160 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 638 and 649** |

## NOTICE OF (A) OCCURRENCE OF THE EFFECTIVE DATE UNDER THE JOINT PLAN OF REORGANIZATION OF APPLESEED'S INTERMEDIATE HOLDINGS LLC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (B) DEADLINE FOR PROFESSIONALS TO FILE FINAL FEE APPLICATIONS

**PLEASE TAKE NOTICE** that on April 14, 2011, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered the *Findings of Fact, Conclusions of Law and Order Confirming the Joint Plan of Reorganization of Appleseed's Intermediate Holdings LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 649] (the "***Confirmation Order***"). Among other things, the Confirmation Order confirmed the Debtors' *Joint Plan of Reorganization of Appleseed's Intermediate Holdings LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, dated April 13, 2011 [Docket No. 638] (the "***Plan***")[2] as satisfying the requirements of the Bankruptcy Code, thereby authorizing Appleseed's Intermediate Holdings LLC d/b/a Orchard Brands and its debtor affiliates (collectively, the "***Debtors***") to implement the Plan.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: Appleseed's Intermediate Holdings LLC (6322); Appleseed's Acquisition, Inc. (5835); Appleseed's Holdings, Inc. (9117); Arizona Mail Order Company, Inc. (6359); Bedford Fair Apparel, Inc. (3551); Blair Credit Services Corporation (5966); Blair Factoring Company (4679); Blair Holdings, Inc. (0022); Blair International Holdings, Inc. (8962); Blair LLC (1670); Blair Payroll, LLC (1670); Draper's & Damon's Acquisition LLC (1760); Draper's & Damon's LLC (2759); Fairview Advertising, LLC (2877); Gold Violin LLC (0873); Haband Acquisition LLC (8765); Haband Company LLC (8496); Haband Oaks, LP (8036); Haband Online, LLC (1109); Haband Operations, LLC (2794); Johnny Appleseed's, Inc. (5560); Linen Source Acquisition LLC (2920); LM&B Catalog, Inc. (5729); Monterey Bay Clothing Company, Inc. (2076); Norm Thompson Outfitters, Inc. (8344); NTO Acquisition Corporation (0995); Orchard Brands Insurance Agency LLC (4858); and Wintersilks, LLC (0688). The Debtors' main corporate address is 138 Conant Street, Beverly, Massachusetts 01915.

[2] Capitalized terms used but not otherwise not defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that on April 25, 2011, the Effective Date under the Plan occurred and the transactions contemplated under the Plan were consummated.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you should contact Kurtzman Carson Consultants, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at 866-927-7081 (international 310-751-2653); (b) visiting the Debtors' restructuring website at: www.kccllc.net/appleseeds; (c) e-mailing the Debtors at AppleseedsInfo@kccllc.com and/or (d) writing to Appleseed's Intermediate Holdings LLC, c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, California 90245. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, except as provided in the Confirmation Order and the Plan, all final requests for payment of Fee Claims incurred in connection with services rendered before the Confirmation Date, must be filed with the Bankruptcy Court and served on the Reorganized Debtors and the notice parties specified by the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 275], no later than May 16, 2011.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim or Interest, and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: April 25, 2011<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (Bar No. 3989)<br>Michael Yurkewicz (Bar No. 4165)<br>KLEHR HARRISON HARVEY<br>BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>- and -<br><br>Richard M. Cieri (admitted *pro hac vice*)<br>Joshua A. Sussberg (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |