# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>Appleseed's Intermediate Holdings LLC, et al. | Bankruptcy Case No. 11-10160(KG) |
| State of Ohio, Department of Taxation,<br><br>Claimant,<br><br>v.<br><br>Appleseed's Intermediate Holdings LLC, et al.,<br><br>Debtors. | Civil Action No. 11-1301 (RGA) |

## ORDER GRANTING MOTION OF CLAIMANT, STATE OF OHIO, DEPARTMENT OF TAXATION, FOR MANDATORY WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT PURSUANT TO 11 U.S.C. § 157(d) REGARDING ALL ISSUES RELATING TO DEBTORS' OBJECTION TO THE OHIO COMMERCIAL ACTIVITY TAX CLAIMS

This matter having come before the Court upon the Claimant's motion to withdraw the reference to the bankruptcy court of all issues relating to the Debtors' objection to proofs of claim filed by the Claimant for Ohio Commercial Activity Tax (the "Motion"); and the Debtors having consented to the Motion; the Court having found that "resolution of the proceeding requires consideration of both title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce" within the meaning of 28 U.S.C. §157(d); and good cause appearing; it is hereby

ORDERED that:

1.      The Motion is granted.

PHIL1 1905466-1

2. The reference to the bankruptcy court of the above-referenced contested proceeding is mandatorily withdrawn in its entirety effective as of the date of this Order for all pre-trial and trial proceedings.

3. The Clerk of the Court is hereby directed to obtain from the Bankruptcy Court:

   a. all pending Proofs of Claim filed by the Claimant, Ohio Department of Taxation, not voluntarily dismissed;

   b. the *Reorganized Debtors' Twelfth Omnibus Objection (Substantive) to Certain No Liability Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007* and all attachments and related filings; and

   c. the Claimant's *Response and Memorandum in Opposition to Reorganized Debtors' Twelfth Omnibus Objection (Substantive) to Certain No Liability Claims Pursuant to 11 U.S.C. § 502 and Federal Rules of Bankruptcy Procedure, Rule 3007* and all attachments and related filings.

4. The reference having been withdrawn, the Bankruptcy Court is directed to deny as moot:

   a. the Claimant's pending *Motion to Determine Whether Debtors' Objection to the Commercial Activity Tax Claims is a Core or a Non-Core Proceeding;* and

   b. the Claimant's pending *Motion to Stay the Proceedings on the Reorganized Debtors' Twelfth Omnibus Objection (Substantive) to Certain No Liability Claims Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007.*

PHIL1 1905466-1

5.   Thereafter, no further action regarding this contested proceeding shall be conducted in the Bankruptcy Court.

Dated: __Feb 6__, 2012        _____
                              United States District Court Judge